Bermon, R.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/16/17

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

JARED ALI, individually and on behalf of ) 
all others similarly situated, )
)
Plaintiff, )
)    **CIVIL ACTION NO. 17-cv-04125-RMB**
v. )
)    **NOTICE OF DISMISSAL**
KATE SPADE & CO., ET AL., )
)
Defendants. )
)

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 41(a) and 23(e), Plaintiff Jared Ali ("Plaintiff Ali") hereby voluntarily dismisses without prejudice, as to himself only, all claims as set forth in the above-captioned class action (the "Action"), including Plaintiff's Verified Class Action Complaint filed with the Court on June 2, 2017 against Defendants Kate Spade & Co., Nancy J. Karch, Lawrence S. Benjamin, Raul J. Fernandez, Carsten Fischer, Kenneth B. Gilman, Kenneth B. Gilman, Kenneth P. Kopelman, Craig A. Leavitt, Deborah Lloyd, Douglas Mack, Jan Singer, and Doreen A. Toben, subject to approval of the Court.

No compensation in any form has passed directly or indirectly from any of the defendants to the Plaintiff or his attorneys and no promise or agreement to give any such compensation has been made, nor has any discussion relating to any such compensation taken place between the parties. The Action is dismissed, and the claims asserted therein are dismissed without prejudice as to Plaintiff and without prejudice as to all other members of the putative class. Because no class has been certified and the dismissal as to the putative class is without prejudice and no compensation in any form has passed directly or indirectly to the Plaintiff or his attorneys and no promise to give any such compensation has been made, notice of this dismissal is not required at

this time. The related case, *Rosenfeld v. Kate Spade & Co., et al.*, 17-cv-04085-RMB, remains

pending before this Court.

Dated:  June 15, 2017                                    Respectfully submitted,

                                                        By:  /s/  Michael B. Ershowsky
                                                        Michael Ershowsky
                                                        **LEVI & KORSINSKY LLP**
                                                        30 Broad Street, 24th Floor
                                                        New York, NY 10004
                                                        Tel: (212) 363-7500
                                                        Fax: (212) 363-7171
                                                        Email: mershowsky@zlk.com

                                                        *Attorneys for Plaintiff*

**OF COUNSEL:**

**LEVI & KORSINSKY, LLP**
Donald J. Enright (to be admitted *pro hac vice)*
Elizabeth K. Tripodi (to be admitted *pro hac vice)*
1101 30th Street, N.W., Suite 115
Washington, DC 20007
Tel: (202) 524-4290
Fax: (202) 337-1567
Email: denright@zlk.com
        etripodi@zlk.com

*Attorneys for Plaintiff*

**SO ORDERED:**

Richard M. Berman  6/16/17
**U.S.D.J.**

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2017, I caused to be electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the all registered participants.

/s/ Michael Ershowsky
Michael Ershowsky